IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ISAAC BROOKS d/b/a TOTS,

    Plaintiff,

v.                               No. 10-1098

WHIRLPOOL CORPORATION, et al.,

    Defendants.

---

ORDER OF REFERENCE

---

Before the Court is the December 30, 2010 motion of Defendant Whirlpool Corporation for sanctions (D.E. 23). The motion is referred to the United States Magistrate Judge for determination. Any objections to the magistrate judge's order shall be made within fourteen (14) days after service of the order, setting forth particularly those portions of the order objected to and the reasons for the objections. Failure to timely assign as error a defect in the magistrate judge's order will constitute a waiver of that objection. *See* Fed. R. Civ. P. 72(a).

IT IS SO ORDERED this 29th day of June 2011.

                            s/ J. DANIEL BREEN
                            UNITED STATES DISTRICT JUDGE