**United States District Court for the** 6th Circuit
**District of** Tennessee

RECEIVED

11 JUL 27 AM 7:40

THOMAS M GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

Isaac H. Brooks d/b/a TOTS

**Plaintiff,**

vs.

CASE NO. 1:10-cv-01098

Whirlpool Corporation, Janice Page Hollingsworth & Gary Hollingsworth

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that ____Isaac H. Brooks d/b/a TOTS____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _an order Granting_
(the final judgment) (from an
_Defendants motion to dismiss_ entered in this action on the __28__ day of
order (describing it))
_____June_____, _2011_.

(s) _Isaac H. Brooks  pro se_
Address: P.O. Box 11203
Jackson, Tennessee 38308-0120

Attorney for _pro se appellant_

cc: Opposing Counsel ✓
    Court of Appeals ✓

6CA-3
1/99