**United States District Court for the Sixth Circuit**
**District of Tennessee**

RECEIVED '11 SEP -6 AM 11:37

|  |  |
|---|---|
| Isaac H. Brooks d/b/a TOTS ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:10-cv-01098 |
| ) | |
| Whirlpool Corp., Janice Page Hollingsworth ) | |
| & Gary Hollingsworth, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AMENDED NOTICE OF APPEAL

On July 27, 2011 Isaac H. Brooks filed a notice of appeal to the United States Court of Appeal for the Sixth Circuit from an order granting Defendants motion to dismiss entered in this action on June 28, 2011, assigned Appellate case No. 11-5902.

Notice is also, amended and hereby given that Plaintiffs in the above-named case, hereby Appeal to the United States Court of Appeals for the Sixth Circuit from an order granting Defendants sanctions entered in this action by the Honorable Judge Charmiane Claxton United States Magistrate Judge signed and Dated August 23, 2011. Concluding this matter as final.

Respectfully Submitted,

_____
Isaac H. Brooks   (pro se)
P.O. Box 11203
Jackson, Tennessee 38308-0120
Phone (731-215-3829)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been furnished by United states mail, postage prepaid, on the 6th day of September 2011 to Tim K. Garrett, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201