IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION AT JACKSON

RECEIVED SEP 12 PM 1:05

| | |
|---|---|
| Isaac H. Brooks, dba TOTS, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Case No. 1:10-cv-01098 |
| | ) |
| Whirlpool, Maytag Corporation, | ) |
| Janice Page Hollingsworth & | ) |
| Gary Hollingsworth, | ) |
| | ) |
| Respondent. | ) |

### Motion to amend for leave to proceed in Forma Pauperis

Comes now, Isaac H. Brooks, pro se, to amend his motion for leave to proceed in forma pauperis pursuant to 28 U.S.C. 1915 filed on July 27, 2011 (D.E.# 49) attached to notice of appeal # 2 and 3, later amended notice of appeal September 6, 2011 (D.E.# 51) after order granting sanctions to Defendants' on August 23, 2011 signed by Magistrate Judge Charmiane Claxton (D.E.#50), (App. To the 6th Circuit case No. 11-5902).

Appellant now attach order that was granted in another matter (case No. 1:10-cr-10039-01) by the Court Dated April 30, 2010 by the Honorable Judge Charmiane Claxton pursuant to 18 U.S.C. 3006A, Brooks ask the Court now to allow him to proceed under the order attached based on Fed. R. App. P. 24 (a)(3) and 18 U.S.C. 3006A (d) (7).

Respectfully Submitted,

Isaac H. Brooks (Pro Se)
P.O. Box 11203
Jackson, Tennessee 38308-0120
Ph 731 215 3828