# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

**JUDGMENT IN A CIVIL CASE**

**NATASHA BROOKS, ET AL,**
Plaintiffs,

CASE NUMBER: 1:10-cv-1098-JDB/cgc

v.

**WHIRLPOOL, ET AL,**
Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Order entered in the above-styled matter on 11/7/2011, this case is hereby Dismissed.

**APPROVED:**

s/J. Daniel Breen
**United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**