Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

**FILED**
**JUN 18 2012**
**LEONARD GREEN, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

11-6078

June 18, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

  Re:  Isaac Brooks
     v. Whirlpool Corporation, et al.
     No. 11-9879
     (Your No. 11-6078)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

          Sincerely,

          William K. Suter
          William K. Suter, Clerk