# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 26, 2012

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

Re: Case No. 11-5902, *Natasha Brooks, et al v. Whirlpool Corporation, et al*
Originating Case No. : 1:10-CV-1098

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027

cc:  Mr. Issac Brooks
     Mr. Timothy K. Garrett

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 11-5902
_____

Filed: November 26, 2012

NATASHA BROOKS; ETHEL BROOKS, dba Full Line Maintenance, dba Plumline Dining, Tots and Volunteer Temp

    Plaintiffs

and

ISSAC BROOKS, Full Line Maintenance, dba Plumline Dining, dba Tots and Volunteer Temp

    Plaintiff - Appellant

v.

WHIRLPOOL CORPORATION; MAYTAG CORPORATION; JANICE PAGE HOLLINGSWORTH; GARY HOLLINGSWORTH

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 09/07/2012 the mandate for this case hereby issues today.

COSTS: None